CRAIG SLATER, ESQ.
Nevada Bar No. 8667
cslater@luhlaw.com
**LUH & ASSOCIATES**
8987 W. Flamingo Road, Suite 100
Las Vegas, NV  89147
T: (702) 367-8899; F: (702) 384-8899
*Counsel for Plaintiff*

DISTRICT COURT

CLARK COUNTY, NEVADA

* * * * *

| | |
|---|---|
| BETTE ALLEN, legal guardian of ROBERT D. MAGALLON, a minor,<br><br>Plaintiff,<br><br>v.<br><br>JOHNSON & JOHNSON, a New Jersey corporation.; JANSSEN PHARMACEUTICALS,  INC.DOES 1 through 10; and ROE BUSINESS ENTITIES 1 through 10<br><br>Defendants. | CASE NO.:     2:14-cv-02000-JCM-VCF<br><br>**STIPULATION AND ORDER TO DISMISS CASE WITH PREJUDICE** |

The following parties, by and through their respective counsel, as identified below, hereby submit this Stipulation and Order Dismissing Case.

IT IS HEREBY STIPULATED by Plaintiff, BETTE ALEN, legal guardian of ROBERT D. MAGALLON, and Defendants, JANSSEN PHARMACEUTICALS, INC., and JOHNSON & JOHNSON, that this action is hereby dismissed <u>**with**</u> prejudice in its entirety.

/  /  /

/  /  /

/  /  /

/  /  /

1

This Stipulation is entered into in good faith, in the interest of judicial economy, and not for the purposes of delay.  Each party to bear its own fees and costs.

DATED this 6th day of October, 2015.

| LUH & ASSOCIATES | MORRIS LAW GROUP |
|---|---|
| /s/  Craig Slater | /s/ Joni A. Jamison |
| Craig D. Slater, Esq.<br>Nevada Bar No. 8667<br>8987 W. Flamingo Road, Suite 100<br>Las Vegas, NV  89147<br>*Counsel for Plaintiff* | Robert McCoy, Esq.<br>Nevada Bar No. 9121<br>Joni A. Jamison, Esq.<br>Nevada Bar No. 11614<br>900 Bank of America Plaza<br>300 South Fourth St.<br>Las Vegas, NV 89101<br>*Counsel for Johnson & Johnson and Janssen Pharmaceuticals, Inc.* |

**IT IS SO ORDERED**

DATED October 9, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE
CASE NO.: 2:14-cv-02000-JCM-VCF

2